IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Allstate Insurance Co. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Francine Moyer | : | No.: 5:24-cv-1858 |

### ORDER

AND NOW, this 13th day of May 20 24, it is hereby

ORDERED that the application of J. Scott Humphrey, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X]   GRANTED.[1]

[ ]   DENIED.

/s/ Joseph F. Leeson, Jr.
JOSEPH F. LEESON, JR.                , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.